UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner | ) | |
| v. | ) | No. 25 C |
| ALAN YUEN, Respondent. | ) | |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, by Andrew S. Boutros, United States Attorney for the Northern District of Illinois, petitions for an order enforcing an IRS administrative summons served on respondent Alan Yuen and alleges as follows:

1. This action is brought pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) to judicially enforce an Internal Revenue Service summons issued to Alan Yuen. The court has jurisdiction pursuant to 28 U.S.C. §§ 1340 and 1345.

2. The respondent, Alan Yuen, resides at 3825 Kenilworth Avenue, Berwyn, Illinois 60402, within the jurisdiction of this court.

3. Elise Knight is a revenue officer of the Internal Revenue Service, employed in the Small Business/Self-Employed Division, Collection Operations unit at 4749 Lincoln Mall Dr., Matteson, Illinois 60443-2348, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treasury Regulation § 301.7602-1, 26 C.F.R. § 301.7602-1. A copy of Revenue Officer Knight's declaration with respect to the summons

is attached as Exhibit A.

4. Revenue Officer Knight is conducting an investigation into the collection of Form 1040 income tax liabilities for the tax years ending: December 31, 2014; and December 31, 2023, and of civil penalties for the quarterly periods ending: December 31, 2013; March 31, 2014; June 30, 2014; September 30, 2014; December 31, 2015; March 31, 2016; and September 30, 2016.

5. In furtherance of the above investigations and in accordance with 26 U.S.C. § 7602, Revenue Officer Knight issued on March 27, 2025, an administrative summons, Form 6637, Summons Collection Information Statement.

6. The summons required that Alan Yuen appear at 8:00 a.m. on April 7, 2025, at the IRS office located at 4749 Lincoln Mall Drive, Matteson, Illinois 60443, to provide the requested materials relating to the collection of income tax liabilities of Alan Yuen resulting from the periods mentioned in paragraph (4). The summons is attached to the petition as Exhibit B.

7. In accordance with 26 U.S.C. § 7603, on March 27, 2025, Revenue Officer Knight served an attested copy of the Internal Revenue Service summons described in paragraph (5) on the respondent, Alan Yuen, by leaving a copy of the summons at Mr. Yuens last and usual place of abode, as evidenced in the certificate of service on the reverse side of the summons.

8. On April 7, 2025, respondent Alan Yuen failed to appear in response to the summons.

9. On April 18, 2025, a "last chance letter" was sent to Alan Yuen by certified mail from the IRS Office of Chief Counsel proposing an alternate date to comply with the summons, scheduled for 11:00 a.m. on April 30, 2025, at the IRS office located in Matteson, Illinois. Copies of the letter were sent to both the respondent's last and usual place of abode and business address.

A copy of the letter is attached as Exhibit C.

10. On April 30, 2025, the alternate compliance date, respondent Alan Yuen did not appear at the IRS office in Matteson, Illinois.

11. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

12. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

13. No recommendation for criminal prosecution of Alan Yuen has been made by the IRS to the United States Department of Justice.

14. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons to properly collect the tax liabilities of Alan Yuen for the periods mentioned in paragraph (4).

15. Respondent Alan Yuen's failure to comply with the summons continues to this date.

WHEREFORE, the United States requests:

a. entry of an order directing the respondent, Alan Yuen to show cause, if any, why he should not comply with the aforementioned summons and each and every requirement thereof, by ordering complete compliance with the summons and specifically directing the summonsed party to obey the summons served upon him and ordering his attendance, and the production of books, records, papers, and other data as required by the terms of the summons before Revenue Officer Elise Knight or any other proper agent of the Internal Revenue Service at such time and place as may be fixed by the Court; and

b. entry of an order directing respondent to obey the aforementioned summons and

each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called by the terms of the summons before Revenue Officer Elise Knight or any other proper agent of the Internal Revenue Service; and

c. an award of the United States costs; and

d. such other and further relief as the court deems just and proper.

Respectfully Submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Chase T. Beerbower
CHASE T. BEERBOWER
Special Assistant United States Attorney
230 S. Dearborn Street, STOP 1603 CHI
Chicago, Illinois 60604-1505
(312) 292-2106
chase.t.beerbower@irscounsel.treas.gov

# Exhibit A

# DECLARATION

Elise Knight declares:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division Collections unit of the Internal Revenue Service at 4749 Lincoln Mall Drive, Matteson, Illinois 60443.

2. In my capacity as a Revenue Officer, I am conducting an investigation into the collection of income tax liabilities of Alan Yuen for the tax years ending: December 31, 2014 and December 31, 2023, and civil penalties for the quarterly periods ending: December 31, 2013; March 31, 2014; June 30, 2014; September 30, 2014; December 31, 2015; March 31, 2016; and September 30, 2016.

3. In furtherance of the above investigation and in accordance with section 7602 of Title 26, U.S.C., I issued on March 27, 2025, an administrative summons, Form 6637, Summons Collections Information Statement, to Alan Yuen.

4. The summons required that Alan Yuen appear at 8:00 a.m. on April 7, 2025, at the IRS office located at 4749 Lincoln Mall Drive, Matteson, Illinois 60443, to provide the requested materials relating to the examination and collection of income tax liabilities of Alan Yuen for the tax years ending: December 31, 2014 and December 31, 2023, and civil penalties for the quarterly periods ending: December 31, 2013; March 31, 2014; June 30, 2014; September 30, 2014; December 31, 2015; March 31, 2016; and September 30, 2016. The summons is attached to the petition as Exhibit B.

5. In accordance with section 7603 of Title 26, U.S.C., on March 27, 2025, I served attested copies of the Internal Revenue Service summons described in paragraph (3) above on the respondent, Alan Yuen, by leaving a copy of the summons at his last and usual place of abode, as

evidenced in the certificate of service on the reverse side of the summons. Alan Yuen's last known address per the Internal Revenue Service's records is 2830 N. Milwaukee Avenue, Chicago, Illinois 60618. However, per information and belief, Alan Yuen's last and usual place of abode is 3825 Kenilworth Avenue, Berwyn, Illinois 60402. I served the summons by placing it in the door of the Berwyn residence.

6. On April 7, 2025, Alan Yuen failed to appear in response to the summons.

7. On April 18, 2025, a "last chance letter" was sent to Alan Yuen by certified mail from the IRS Office of Chief Counsel proposing an alternate date to comply with the summons, scheduled for 11:00 a.m. on April 30, 2025, at the IRS office located in Matteson, Illinois. The letter is attached to the petition as Exhibit C.

8. On April 30, 2025, the alternate compliance date, Alan Yuen did not appear at the IRS office located in Matteson, Illinois.

9. The books, papers, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

10. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

11. As of the date of that the summons was issued and served, and as of the date I signed this declaration, no recommendation for criminal prosecution of Alan Yuen has been made by the IRS to the United States Department of Justice.

12. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to properly investigate and collect the income tax liabilities of Alan Yuen for the tax years ending: December 31, 2014 and December 31, 2023, and

civil penalties for the quarterly periods ending: December 31, 2013; March 31, 2014; June 30, 2014; September 30, 2014; December 31, 2015; March 31, 2016; and September 30, 2016.

13. Alan Yuen's failure to comply with the summons continues to the date of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of August, 2025.

Elise Knight

Elise Knight, Revenue Officer

# Exhibit B

# Summons
# Collection Information Statement

**In the matter of** ALAN YUEN, 2830 N MILWAUKEE AVE, CHICAGO, IL 60618-7401

**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED

**Industry/Area** *(Identify by number or name)* Small Business / Self Employed

**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:** ALAN YUEN

**At:** 2830 N MILWAUKEE AVE, CHICAGO, IL 60618-7401

You are hereby summoned and required to appear before E KNIGHT, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 09/01/2024 To 02/28/2025

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, stored value cards, online and mobile accounts, virtual currency, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
4749 LINCOLN MALL DR., MATTESON, IL 60443 (708) 898-9842

**Place and time for appearance: At** 4749 LINCOLN MALL DR., MATTESON, IL 60443

on the 7th day of April , 2025 at 8:00 o'clock a m.

**Issued under authority of the Internal Revenue Code this 27th day of March , 2025**

| Signature of issuing officer | Title |
|---|---|
| E KNIGHT *E. Knight* | REVENUE OFFICER |
| Signature of approving officer *(if applicable)* | Title |
| *Leroy Johnson* | Supervisory Revenue Officer |



Exhibit B

# Certificate of Service of Summons

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date 03/27/2025 | Time 11:23 am |
|---|---|

**How Summons Was Served**

☐ 1. I handed an attested copy of the summons to the person to whom it was directed.

☒ 2. I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

| Signature E. Knight | Title Revenue Officer |
|---|---|

**I certify that the copy of the summons served contained the required certification.**

| Signature E. Knight | Title Revenue Officer |
|---|---|



Exhibit B

# Summons
# Collection Information Statement

**In the matter of** ALAN YUEN, 2830 N MILWAUKEE AVE, CHICAGO, IL 60618-7401

**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED

**Industry/Area** *(Identify by number or name)* Small Business / Self Employed

**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:** ALAN YUEN

**At:** 2830 N MILWAUKEE AVE, CHICAGO, IL 60618-7401

You are hereby summoned and required to appear before E KNIGHT, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 09/01/2024 To 02/28/2025

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, stored value cards, online and mobile accounts, virtual currency, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
4749 LINCOLN MALL DR., MATTESON, IL 60443 (708) 898-9842

**Place and time for appearance: At** 4749 LINCOLN MALL DR., MATTESON, IL 60443

on the 7th day of April, 2025 at 8:00 o'clock a m.

**Issued under authority of the Internal Revenue Code this 27th day of March, 2025**

| Signature of issuing officer | Title |
|---|---|
| E KNIGHT *E. Knight* | REVENUE OFFICER |
| Signature of approving officer *(if applicable)* | Title |
| *Leroy Johnson* | Supervisory Revenue Officer |



Exhibit B

# Certificate of Service of Summons

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
| --- | --- |
| | |

**How Summons Was Served**

☐ 1. I handed an attested copy of the summons to the person to whom it was directed.

☐ 2. I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

| Signature | Title |
| --- | --- |
| | |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
| --- | --- |
| | |



Exhibit B

# Summons
# Collection Information Statement

**In the matter of** ALAN YUEN, 2830 N MILWAUKEE AVE, CHICAGO, IL 60618-7401

**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED

**Industry/Area** *(Identify by number or name)* Small Business / Self Employed

**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:** ALAN YUEN

**At:** 2830 N MILWAUKEE AVE, CHICAGO, IL 60618-7401

You are hereby summoned and required to appear before E KNIGHT, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 09/01/2024 To 02/28/2025

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, stored value cards, online and mobile accounts, virtual currency notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

**Attestation**

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original

| Signature of IRS officer serving the summons | Title |
|---|---|
| E. Knight | REVENUE OFFICER , 1000852763 |

**Business address and telephone number of IRS officer before whom you are to appear:**
4749 LINCOLN MALL DR., MATTESON, IL 60443 (708) 898-9842

**Place and time for appearance: At** 4749 LINCOLN MALL DR., MATTESON, IL 60443

on the 7th day of April , 2025 at 8:00 o'clock a m.

**Issued under authority of the Internal Revenue Code this 27th day of March ,2025**

| Signature of issuing officer | Title |
|---|---|
| E KNIGHT E. Knight | REVENUE OFFICER |
| Signature of approving officer *(if applicable)* | Title |
| Leroy Johnson | Supervisory Revenue Officer |



Exhibit B

# Provisions of the Internal Revenue Code

## Sec. 7602. Examination of books and witnesses

(a)Authority to Summon, etc.--For the purpose of ascertaining the correctness of any return, making a return where none has been made, determining the liability of any person for any internal revenue tax or the liability at law or in equity of any transferee or fiduciary of any person in respect of any internal revenue tax, or collecting any such liability, the Secretary is authorized--

(1) To examine any books, papers, records, or other data which may be relevant or material to such inquiry.

(2) To summon the person liable for tax or required to perform the act, or any officer or employee of such person, or any person having possession, custody, or care of books of account containing entries relating to the business of the person liable for tax or required to perform the act, or any other person the Secretary may deem proper, to appear before the Secretary at a time and place named in the summons and to produce such books, papers, records, or other data, and to give such testimony, under oath, as may be relevant or material to such inquiry; and

(3) To take such testimony of the person concerned, under oath, as may be relevant or material to such inquiry.

(b) Purpose may include inquiry into offense.--The purposes for which the Secretary may take any action described in paragraph (1), (2), or (3) of subsection (a) include the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws.

c) Notice of contact of third parties.

(1) General notice - An officer or employee of the Internal Revenue Service may not contact any person other than the taxpayer with respect to the determination or collection of the tax liability of such taxpayer unless such contact occurs during a period (not greater than 1 year) which is specified in a notice which—

(A) informs the taxpayer that contacts with persons other than the taxpayer are intended to be made during such period, and

(B) except as otherwise provided by the Secretary, is provided to the taxpayer not later than 45 days before the beginning of such period.

Nothing in the preceding sentence shall prevent the issuance of notices to the same taxpayer with respect to the same tax liability with periods specified therein that, in the aggregate, exceed 1 year. A notice shall not be issued under this paragraph unless there is an intent at the time such notice is issued to contact persons other than the taxpayer during the period specified in such notice. The preceding sentence shall not prevent the issuance of a notice if the requirement of such sentence is met on the basis of the assumption that the information sought to be obtained by such contact will not be obtained by other means before such contact.

(d) No administrative summons when there is Justice Department referral.

(1) Limitation of authority.--No summons may be issued under this title, and the Secretary may not begin any action under section 7604 to enforce any summons, with respect to any person if a Justice Department referral is in effect with respect to such person.

(2) Justice Department referral in effect.--For purposes of this subsection--

(A) In general.--A Justice Department referral is in effect with respect to any person if--

(i) the Secretary has recommended to the Attorney General a grand jury investigation of, or the criminal prosecution of, such person for any offense connected with the administration or enforcement of the internal revenue laws, or

(ii) any request is made under section 6103(h)(3)(B) for the disclosure of any return or return information (within the meaning of section 6103(b)) relating to such person.

(B) Termination.--A Justice Department referral shall cease to be in effect with respect to a person when--

(i) the Attorney General notifies the Secretary, in writing, that--

(I) he will not prosecute such person for any offense connected with the administration or enforcement of the internal revenue laws,

(II) he will not authorize a grand jury investigation of such person with respect to such an offense, or

(III) he will discontinue such a grand jury investigation.

(ii) a final disposition has been made of any criminal proceeding pertaining to the enforcement of the internal revenue laws which was instituted by the Attorney General against such person, or

(iii) the Attorney General notifies the Secretary, in writing, that he will not prosecute such person for any offense connected with the administration or enforcement of the internal revenue laws relating to the request described in sub paragraph (A)(ii).

(3) Taxable years, etc., treated separately.--For purposes of this subsection, each taxable period (or, if there is no taxable period, each taxable event) and each tax imposed by a separate chapter of this title shall be treated separately.

(e) Limitation on examination on unreported income.--The Secretary shall not use financial status or economic reality examination techniques to determine the existence of unreported income of any taxpayer unless the Secretary has a reasonable indication that there is a likelihood of such unreported income.

(f) Limitation on access of persons other than Internal Revenue Service officers and employees. The Secretary shall not, under the authority of section 6103(n), provide any books, papers, records, or other data obtained pursuant to this section to any person authorized under section 6103(n), except when such person requires such information for the sole purpose of providing expert evaluation and assistance to the Internal Revenue Service. No person other than an officer or employee of the Internal Revenue Service or the Office of Chief Counsel may, on behalf of the Secretary, question a witness under oath whose testimony was obtained pursuant to this section.

Authority to examine books and witnesses is also provided under sec. 6420(e)(2)--Gasoline used on farms; sec. 6421(g)(2)--Gasoline used for certain nonhighway purposes by local transit systems, or sold for certain exempt purposes; and sec. 6427(j)(2)—Fuels not used for taxable purposes.

This summons is exempt from the notice requirement of sec. 7609(a) by sec. 7609(c)(2)(D).

## Sec. 7603. Service of summons

(a) In general--A Summons issued under sections 6420(e)(2), 6421(g)(2), 6427(j)(2), or 7602 shall be served by the Secretary, by an attested copy delivered in hand to the person to whom it is directed, or left at his last and usual place of abode; and the certificate of service signed by the person serving the summons shall be evidence of the facts it states on the hearing of an application for the enforcement of the summons. When the summons requires the production of books, papers, records or other data, it shall be sufficient if such books, papers, records, or other data are described with reasonable certainty.

(b) Service by mail to third-party recordkeepers.--

(1) In general.--A summons referred to in subsection (a) for the production of books, papers, records, or other data by a third-party recordkeeper may also be served by certified or registered mail to the last known address of such recordkeeper.

(2) Third party recordkeeper.--For purposes of paragraph (1), the term *third-party recordkeeper* means--

(A) any mutual savings bank, cooperative bank, domestic building and loan association, or other savings institution chartered and supervised as a savings and loan or similar association under Federal or State law, any bank (as defined in section 581), or any credit union (within the meaning of section 501(c)(14)(A));

(B) any consumer reporting agency (as defined under section 603(f) of the Fair Credit Reporting Act (15 U.S.C. 1681 a(f));

(C) any person extending credit through the use of credit cards or similar devices;

(D) any broker (as defined in section 3(a)(4) of the Securities Exchange Act of 1934 (15 U.S.C. 78c(a)(4));

(E) any attorney;

(F) any accountant;

(G) any barter exchange (as defined in section 6045(c)(3));

(H) any regulated investment company (as defined in section 851) and any agent of such regulated investment company when acting as an agent thereof;

(I) any enrolled agent; and

(J) any owner or developer of a computer software source code (as defined in section 7612(d)(2)). Subparagraph (J) shall apply only with respect to a summons requiring the production of the source code referred to in subparagraph (J) or the program and data described in section 7612(b)(1)(A)(ii) to which source code relates.

## Sec. 7604. Enforcement of summons

(a) Jurisdiction of District Court. --If any person is summoned under the internal revenue laws to appear, to testify, or to produce books, papers, records, or other data, the United States district court for the district in which such person resides or is found shall have jurisdiction by appropriate process to compel such attendance, testimony, or production of books, papers, records, or other data.

(b) Enforcement.--Whenever any person summoned under sections 6420(e)(2), 6421(g)(2), 6427(j)(2), or 7602 neglects or refuses to obey such summons, or to produce books, papers, records, or other data, or to give testimony, as required, the Secretary may apply to the judge of the district court or to a United States Commissioner for the district within which the person so summoned resides or is found for an attachment against him as for a contempt, it shall be the duty of the judge or Commissioner to hear the application, and, if satisfactory proof is made, to issue an attachment, directed to some proper officer, for the arrest of such person, and upon his being brought before him to proceed to a hearing of the case; and upon such hearing the judge or the United States Commissioner shall have power to make such order as he shall deem proper, not inconsistent with the law for the punishment of contempt, to enforce obedience to the requirements of the summons and to punish such person for his default or disobedience.

## Sec. 7605. Time and place of examination

(a) Time and place.--The time and place of examination pursuant to the provisions of section 6420(e)(2), 6421(g)(2), 6427(j)(2), or 7602 shall be such time and place as may be fixed by the Secretary and as are reasonable under the circumstances. In the case of a summons under authority of paragraph (2) of section 7602, or under the corresponding authority of section 6420(e)(2), 6421(g)(2), or 6427(j)(2), the date fixed for appearance before the Secretary shall not be less than 10 days from the date of the summons.

## Sec. 7610. Fees and costs for witnesses

(a) In general.--The Secretary shall by regulations establish the rates and conditions under which payment may be made of--

(1) fees and mileage to persons who are summoned to appear before the Secretary, and

(2) reimbursement for such costs that are reasonably necessary which have been directly incurred in searching for, reproducing, or transporting books, papers, records, or other data required to be produced by summons.

(b) Exceptions.--No payment may be made under paragraph (2) of subsection (a) if-

(1) the person with respect to whose liability the summons is issued has a proprietary interest in the books, papers, records or other data required to be produced, or

(2) the person summoned is the person with respect to whose liability the summons is issued or an officer, employee, agent, accountant, or attorney of such person who, at the time the summons is served, is acting as such.

(c) Summons to which section applies.--This section applies with respect to any summons authorized under sections 6420(e)(2), 6421(g)(2), 6427(j)(2), or 7602.

## Sec. 7210. Failure to obey summons

Any person who, being duly summoned to appear to testify, or to appear and produce books, accounts, records, memoranda, or other papers, as required under sections 6420(e)(2), 6421(g)(2), 6427(j)(2), 7602 , 7603 and 7604(b), neglects to appear or to produce such books, accounts, records, memoranda, or other papers, shall, upon conviction thereof, be fined not more than $1,000, or imprisoned not more than 1 year, or both, together with costs of prosecution.

# Notice to Payment Information for Recipient of IRS Summons

If you are a third-party recipient of a summons, you may be entitled to receive payment for certain costs directly incurred which are reasonably necessary to search for, reproduce, or transport records in order to comply with a summons.

This payment is made only at the rates established by the Internal Revenue Service to certain persons served with a summons to produce records or information in which the taxpayer does not have an ownership interest. The taxpayer to whose liability the summons relates and the taxpayer's officer, employee, agent, accountant, or attorney are not entitled to this payment. No payment will be made for any costs which you have charged or billed to other persons.

The rate for search costs is limited to the total amount of personnel time spent locating and retrieving documents or information requested by the summons. Specific salaries of such persons may not be included in search costs. In addition, search costs do not include salaries, fees, or similar costs for analysis of material or for managerial or legal advice, expertise, research, or time spent for any of these activities. If itemized separately, search costs may include the actual costs of extracting information stored by computer in the format in which it is normally produced, based on computer time and necessary supplies. Time for computer search may be paid.

Rates for reproduction costs for making copies or duplicates of summoned documents, transcripts, and other similar material may be paid at the allowed rates. Photographs, films, and other material are reimbursed at cost.

The rate for transportation costs is the same as the actual cost necessary to transport personnel to locate and retrieve summoned records or information, or costs incurred solely by the need to transport the summoned material to the place of examination.

In addition to payment for search, reproduction, and transportation costs, persons who appear before an Internal Revenue Service officer in response to a summons may request payment for authorized witness fees and mileage fees. You may make this request by contacting the Internal Revenue Service officer or by claiming these costs separately on the itemized bill or invoice as explained below.

## Instructions for requesting payment

After the summons is served, you should keep an accurate record of personnel search time, computer costs, number of reproductions made, and transportation costs. Upon satisfactory compliance, you may submit an itemized bill or invoice to the Internal Revenue Service officer before whom you were summoned to appear, either in person or by mail to the address furnished by the Internal Revenue Service officer. Please write on the itemized bill or invoice the name of the taxpayer to whose liability the summons relates.

If you wish, Form 6863, Invoice and Authorization for Payment of Administrative Summons Expenses, may be used to request payment for search, reproduction, and transportation costs. Standard Form 1157, Claims for Witness Attendance Fees, Travel, and Miscellaneous Expenses, may be used to request payment for authorized witness fees and mileage fees. These forms are available from the Internal Revenue Service officer who issued the summons.

If you have any questions about the payment, please contact the Internal Revenue Service officer before whom you were summoned to appear.

Anyone submitting false claims for payment is subject to possible criminal prosecution.

# Attachment 1 to Summons Form 6637

In the matter of **ALAN YUEN**

Period information: Form 1040 for the calendar periods ending December 31, 2013, December 31, 2014, December 31, 2022 and December 31, 2023 and Form CIVPEN for the quarterly periods ending December 31, 2013, March 31, 2014, June 30, 2014, September 30, 2014, December 31, 2015, March 31, 2016 and September 30, 2016

# Exhibit C




OFFICE OF THE CHIEF COUNSEL

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
LITIGATION & ADVISORY
230 S. DEARBORN STREET, STOP 1603 CHI
CHICAGO, ILLINOIS 60604-1505
(312) 292-2107
EFAX: (855) 630-3811

April 18, 2024

CC:LA:4:CHI:1:CBeerbower

**Via Certified Mail, Regular Mail**

Alan Yuen
3825 Kenilworth Ave.
Berwyn, IL 60402

Dear Alan Yuen:

Small Business/Self-Employed Midwest Area 4: Area Collection of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on March 27, 2025. Under the terms of the summons, you were required to appear before Revenue Officer Elise Knight on April 2, 2025.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

Name: Elise Knight
Date: April 30, 2025
Time: 11:00 AM
Address: 4749 Lincoln Mall Drive, Matteson, IL 60443

If you provide the items requested in the summons to Revenue Officer Elise Knight prior to April 30, 2025, you may contact her via telephone at (708) 898-9842 at the appointed time. Otherwise, any books, records or other documents called for in the summons should be produced at the appointed time. If you have any questions, please contact Revenue Officer Knight at (708) 898-9842.

Sincerely,

Chase T. Beerbower

Chase Beerbower
Attorney
(Litigation & Advisory)

cc: Alan Yuen
2830 N. Milwaukee Ave.
Chicago, IL 60647

Revenue Officer Elise Knight (via secure email)

Exhibit C